JACOB FEIN et al., Respondents, *v.* LEVI C. WEIR, as President of Adams Express Company, Appellant.

*Fein* v. *Weir*, 129 App. Div. 299, affirmed.
(Argued June 8, 1910; decided June 17, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for the alleged conversion of certain merchandise delivered to the defendant for transportation.

*William D. Guthrie, Edward B. Conwell, Carl A. de Gersdorff* and *Arthur W. Clement* for appellant.

*Wilton Dammann* for respondents.

Judgment affirmed, with costs, on opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.